IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERRY YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-00148-CV-W-SWH ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (doc. #18). The application requests an award in the amount of $5,790.50, which represents 31.30 hours of attorney time at the rate of $185.00 per hour.

In response, defense counsel states that defendant has no objections to plaintiff's fee request in the amount of $5,790.50 (doc. #20). Therefore, it is

ORDERED that plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (doc. #18) is granted. Attorney fees in the amount of $5,790.50 are awarded to plaintiff.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE